AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Christopher Stumpf ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 8:20-cv-02755-T-35AEP |
| L3 Funding, LLC ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  L3 Funding, LLC
22095 US Highway 19
Clearwater, Florida 33765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 23, 2020

TelishaCatchings

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| CHRISTOPHER STUMPF | vs | L3 FUNDING, LLC |
|---|---|---|
| Plaintiff | | Defendant |
| United States District Court for the Middle District of Florida | | Case Number: 8:20-cv-02755-T-35AEP |

SERVE TO:

L3 Funding, LLC
22095 US Highway 19
Clearwater, FL 33765

For attorney:

Amy Bennecoff Ginsburg, Esq.

TYPE OF PROCESS:

21-DAY SUMMONS IN A CIVIL ACTION, COMPLAINT, DEMAND FOR JURY TRIAL, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Before me, the undersigned authority personally appeared Derek Kronschnabl, being first duly sworn, deposes and says: Is over the age of 18 years and is not a party to nor interested in the outcome of the above-entitled suit.

Affiant is a SPECIAL PROCESS SERVER appointed to serve NON-ENFORCEABLE PROCESS for the Circuit Court in and for Pinellas County, Florida.

Received this process on December 03, 2020 at 09:30 AM, and served the same on
**L3 Funding, LLC**
at 10:20 am on December 08, 2020, in Pinellas County, Florida.

**Corporate Service:**
F.S. 48.091: By serving the registered agent of the corporation.

Served to: Jacqueline Acevedo
As: President of Registered Agent,
Jasastsa Business Services, LLC
Of: L3 Funding, LLC

**OTHER:**
**Affiant served Jacqueline Acevedo as President of Jasastsa Business Services, LLC, registered agent for L3 Funding, LLC at the address provided. Affiant observed subject to be a Hispanic female, 30-35, 5'3", 150 lbs., black hair and not wearing glasses.**

The foregoing instrument was acknowledged before me on December 08, 2020 by Derek Kronschnabl, who is personally known to me, and who did take an oath.

_Marlene Eady_
Notary Public / State of Florida
My commission expires:

MARLENE EADY
MY COMMISSION # GG108710
EXPIRES: June 21, 2021

SPECIAL PROCESS SERVER
APPOINTMENT # APS59230

51663

Lynx Legal Services, LLC
201 E. Pine Street, Suite 740
Orlando, FL 32801
#2020022412