# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER STUMPF, | Case No. 8:20—cv-2755-T-35AEP |
| Plaintiff, | |
| v. | |
| L3 FUNDING, LLC, | |
| Defendant. | |

## ANSWER

Defendant, by its attorneys, Gene Rosen's Law Firm – A Professional Corporation, answers the complaint as follows:

1. Denies the allegations made in paragraph 1 of the complaint and refers all determinations of law to the Court for resolution.

2. Denies the allegations made in paragraph 2 of the complaint and refers all determinations of law to the Court for resolution.

3. Denies the allegations made in paragraph 3 of the complaint and refers all determinations of law to the Court for resolution.

4. Denies the allegations made in paragraph 4 of the complaint and refers all determinations of law to the Court for resolution.

5. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 5 of the complaint.

6. Denies the allegations made in paragraph 6 of the complaint and refers all determinations of law to the Court for resolution.

7. Admits the allegations made in paragraph 7 of the complaint.

8. Denies the allegations made in paragraph 8 of the complaint and refers all determinations of law to the Court for resolution.

9. Denies the allegations made in paragraph 9 of the complaint to the extent that it is implied that Defendant committed a specific act.

10. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 10 of the complaint.

11. Denies the allegations made in paragraph 11 of the complaint.

12. Denies the allegations made in paragraph 12 of the complaint.

13. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 13 of the complaint.

14. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 14 of the complaint.

15. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 15 of the complaint.

16. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 16 of the complaint.

17. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 17 of the complaint.

18. Admits the allegations made in paragraph 18 of the complaint.

19. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 19 of the complaint.

20. Denies the allegations made in paragraph 20 of the complaint.

21. Denies the allegations made in paragraph 21 of the complaint.

22. Denies the allegations made in paragraph 22 of the complaint.

23. Repeats the responses to the allegations referenced in paragraph 23 of the complaint.

24. Denies the allegations made in paragraph 24 of the complaint and refers all determinations of law to the Court for resolution.

25. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in the second paragraph 23 of the complaint.

26. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in the second paragraph 24 of the complaint.

27. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 25 of the complaint.

28. Admits the allegations made in paragraph 26 of the complaint.

29. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 27 of the complaint.

30. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 28 of the complaint.

31. Denies the allegations made in paragraph 29 of the complaint.

32. Denies the allegations made in paragraph 30 of the complaint.

33. Denies the allegations made in paragraph 31 of the complaint.

34. Repeats the responses to the allegations referenced in paragraph 32 of the complaint.

35. Denies the allegations made in paragraph 33 of the complaint and refers all determinations of law to the Court for resolution.

36. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 34 of the complaint.

37. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 35 of the complaint.

38. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 36 of the complaint.

39. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 37 of the complaint.

40. Denies knowledge and information sufficient to form a belief as to the truth of the allegations made in paragraph 38 of the complaint.

**RESERVATION OF RIGHTS**

Defendant hereby gives notice to Plaintiff, as stated in this Answer, that Defendant lacks sufficient knowledge or information upon which to form a belief as to the truth of certain allegations contained in the complaint, or specific knowledge of actions on Plaintiff's part or others that contributed to or caused Plaintiff's alleged damages. Until Defendant has availed of its rights of disclosure, it cannot be determined whether the above affirmative defenses will be asserted at trial. The above affirmative defenses are asserted herein to preserve Defendant's right to assert them at trial, to give Plaintiff notice of Defendant's intention to assert these defenses, and to avoid waiving any of these defenses.

This shall reserve Defendant's right to add affirmative defenses as may become known to it during disclosure.

WHEREFORE, Defendant demands judgment dismissing the complaint in its entirety with prejudice and awarding Defendant the costs of this action and reasonable attorney's fees to the extent permitted by law.

Dated: Garden City, New York
April 1, 2021

                    <u>GENE ROSEN'S LAW FIRM</u>
                    A PROFESSIONAL CORPORATION
                    Attorneys for Defendant

                    By: <u>*/s/ Robin M. Herman*</u>
                        Robin M. Herman, Esq.
                        Florida Bar No. 1014974
                        200 Garden City Plaza, Suite 405
                        Garden City, New York 11530
                        Tel (212) 529-3600 Ext. 107
                        Fax (347) 578-8793
                        Shoshana@GeneRosen.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2021, the Answer was electronically filed with the Clerk of the foregoing Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: Garden City, New York
       July 12, 2021

                              GENE ROSEN'S LAW FIRM
                              A PROFESSIONAL CORPORATION
                              Attorneys for Defendant

                            By: */s/ Robin M. Herman*
                                Robin M. Herman, Esq.
                                Florida Bar No. 1014974
                                200 Garden City Plaza, Suite 405
                                Garden City, New York 11530
                                Tel (212) 529-3600 Ext. 107
                                Fax (347) 578-8793
                                Shoshana@GeneRosen.com